**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| OWEN SIMPSON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| RICKY JOE LAMBERTH, | ) | |
| | ) | |
| 5729 Calverton Street | ) | |
| Catonsville, MD 21228-1706 | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

**To:**

**CLERK**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

PLEASE TAKE NOTICE that Defendant Ricky Joe Lamberth hereby Removes this action for all further proceedings to the United States District Court for the Eastern District of Virginia, as removed from the Circuit Court of Arlington County, Virginia. In support of removal, Defendant states as follows:

**I.  STATEMENT OF THE CASE**

1. On or about November 25th, 2025, an action was commenced in the Circuit Court for Arlington County, Virginia, by way of the filing a Complaint by Plaintiff, Owen Simpson ("Plaintiff").

2. Defendant was served with the Complaint on December 23, 2025. This Notice is timely under 28 U.S. Code §1446(b)(1).

3.  Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon Defendant in the State Action are filed herewith, as Exhibit A, which exhibit is being ECF-filed together with this Notice via Electronic Case Filing in the United States District Court, Eastern District of Virginia.

## II.  GROUNDS FOR REMOVAL

4.  This Court possesses jurisdiction under 28 U.S.C. §1332 for diverse parties. As Plaintiff is a resident of Virginia and Defendant is a resident of Maryland, the parties are therefore diverse.

5.  The amount of damages the Plaintiff is seeking in the complaint is $1,000,000 in compensatory damages and an additional $350,000 in punitive damages, exceeding the $75,000 statutory threshold requirement in §1332.

## III. VENUE

6.  Venue is proper for purposes of this removal of this in the United States District Court for the District of Virginia because the case is being removed from the Circuit Court of Arlington County, Virginia.

## IV. CONSENT OF OTHER DEFENDANTS

7.  Defendant Ricky Joe Lamberth is the only defendant; there are no other defendants who would need to join in or consent to this Notice of Removal.

## V.  TIMELINESS OF REMOVAL

8.  Under 28 U.S.C. § 1446, Defendant shall file a notice of removal within thirty (30) days after receipt of the initial pleading setting forth the claim for relief upon which this action is based, or within thirty (30) days after service of summons upon Defendant if the initial pleading has been filed in court and is not required to be

served on Defendant, whichever period is shorter. Defendant was served on December 23, 2025, which falls within the 30 days requirement under 28 U.S.C. § 1446.

## VI. NOTICE OF REMOVAL GIVEN TO STATE COURT

9.  Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the Circuit Court for Arlington County, Virginia.

WHEREFORE, Defendants hereby gives Notice of the Removal of this action the United States District Court, District of Virginia.

Dated: January 13th, 2026                              Respectfully submitted,

/s/ Anthony Marcavage
_____
Anthony J. Marcavage (VSB No. 77595)
John B. Flood (VSB No. 79813)
Flood Law LLC
2600 Tower Oaks Blvd, Suite 290
Rockville, MD 20852
Tel.: (240) 403-2619
anthony@fmlaw.org
john@fmlaw.org

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing was served upon the following counsel for

Plaintiff on January 13, 2026, through email and the Court's ECF system.


Lee E. Berlik
R. Jackson Martin
BERLIKLAW, LLC
1818 Library Street
Suite 500
Reston, VA 20190
LBerlik@berliklaw.com
JMartin@berliklaw.com


_____/s/_____
Anthony J. Marcavage, Esq.
*Counsel for Defendant*